UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION

This paper applies to:

1:18-cv-04047, 1:18-cv-04049, 1:18-cv-04050, 1:18-cv-04051,
1:18-cv-04052, 1:18-cv-04430, 1:18-cv-04522, 1:18-cv-04531,
1:18-cv-04536, 1:18-cv-04538, 1:18-cv-04541, 1:18-cv-04543,
1:18-cv-04767, 1:18-cv-04770, 1:18-cv-04771, 1:18-cv-04890,
1:18-cv-04892, 1:18-cv-04896, 1:18-cv-04898, 1:18-cv-04900,
1:18-cv-05045, 1:18-cv-05057, 1:18-cv-05147, 1:18-cv-05150,
1:18-cv-05151, 1:18-cv-05158, 1:18-cv-05164, 1:18-cv-05180,
1:18-cv-05183, 1:18-cv-05185, 1:18-cv-05186, 1:18-cv-05188,
1:18-cv-05189, 1:18-cv-05190, 1:18-cv-05192, 1:18-cv-05193,
1:18-cv-05194, 1:18-cv-05299, 1:18-cv-05300, 1:18-cv-05305,
1:18-cv-05307, 1:18-cv-05308, 1:18-cv-05309, 1:18-cv-09565,
1:18-cv-09570, 1:18-cv-09587, 1:18-cv-09588, 1:18-cv-09589,
1:18-cv-09590, 1:18-cv-09650, 1:18-cv-09665, 1:18-cv-09666,
1:18-cv-09668, 1:18-cv-09669, 1:18-cv-10028, 1:18-cv-10030,
1:18-cv-10031, 1:18-cv-10032, 1:18-cv-10035, 1:18-cv-10036,
1:18-cv-10039, 1:18-cv-10049, 1:18-cv-10060, 1:18-cv-10061,
1:18-cv-10062, 1:18-cv-10063, 1:18-cv-10064, 1:18-cv-10065,
1:18-cv-10066, 1:18-cv-10069, 1:18-cv-10070, 1:18-cv-10071,
1:18-cv-10073, 1:18-cv-10074, 1:18-cv-10076, 1:18-cv-10077,
1:18-cv-10080, 1:18-cv-10082, 1:18-cv-10083, 1:18-cv-10086,
1:18-cv-10091, 1:18-cv-10092, 1:18-cv-10093, 1:18-cv-10094,
1:18-cv-10095, 1:18-cv-10096, 1:18-cv-10098, 1:18-cv-10099,
1:18-cv-10119, 1:18-cv-10122, 1:18-cv-10123, 1:18-cv-10124,
1:18-cv-10125, 1:18-cv-10126, 1:18-cv-10129, 1:18-cv-10133,
1:18-cv-10134, 1:18-cv-10135, 1:18-cv-10136

MASTER DOCKET
1:18-md-02865 (LAK)

## OMNIBUS NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorneys licensed in the State of New York in good standing and duly admitted to practice before this Court hereby enter their

- 2 -

appearances as counsel of record on behalf of the following Defendants in the above-captioned consolidated multi-district action and within the below listed individual actions:

1. The Bradley London Pension Plan and Doston Bradley in 1:18-cv-04047;

2. The DMR Pension Plan and Doston Bradley in 1:18-cv-04049;

3. The Houston Rocco LLC 401K Plan and Doston Bradley in 1:18-cv-04050;

4. The Proper Pacific LLC 401K Plan and Doston Bradley in 1:18-cv-04051;

5. The LBR Capital Pension Plan and Doston Bradley in 1:18-cv-04052;

6. The Atlantic DHR 401K Plan and Doston Bradley in 1:18-cv-04430;

7. The Busby Black 401K Plan and Doston Bradley in 1:18-cv-04522;

8. The Canada Rock LLC 401K Plan and Doston Bradley in 1:18-cv-04531;

9. The ISDB Pension Plan and Doston Bradley in 1:18-cv-04536;

10. The Monin Amper Pension Plan and Doston Bradley in 1:18-cv-04538;

11. The NYC Stanismore Pension Plan and Doston Bradley in 1:18-cv-04541;

12. The Texas Rocco LLC 401K Plan and Doston Bradley in 1:18-cv-04543;

13. Sanford Villa Pension Plan and Roger Lehman in 1:18-cv-04767;

14. The Aston Advisors LLC 401K Plan and Roger Lehman in 1:18-cv-04770;

15. The Sector 230 LLC 401K Plan in 1:18-cv-04771;

16. The M2F Wellness LLC 401K Plan and Mitchell Protass in 1:18-cv-04890;

17. The MPQ Holdings LLC 401K Plan and Mitchell Protass in 1:18-cv-04892;

18. The TKKJ LLC 401K Plan and Thomas Kertelits in 1:18-cv-04896;

19. NYCATX LLC Solo 401K Plan and Carl Andrew Vergari in 1:18-cv-04898;

20. Ackview Solo 401K Plan and Sean Driscoll in 1:18-cv-04900;

21. The Dosmon Bly Pension Plan and Doston Bradley in 1:18-cv-05045;

22. The India Bombay LLC 401K Pension Plan and Doston Bradley in 1:18-cv-05057;

23. The Aria Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05147;

24. The Belforte Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05150;

25. The Bravos Advisors 401K Plan, Bradley Crescenzo, Roger Lehman and Gavin Crescenzo in 1:18-cv-05151;

26. The Costello Advisors Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05158;

27. The Eskin Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05164;

28. The Fieldcrest Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05180;

29. The Westport Advisors LLC 401K Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05183;

30. The Kodiak Capital Pension Plan, Bradley Crescenzo, Roger Lehman and Gavin Crescenzo in 1:18-cv-05185;

31. The Kyber Pension Plan, Bradley Crescenzo, Roger Lehman and Gavin Crescenzo in 1:18-cv-05186;

32. The Lerici Capital Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05188;

33. The Ludlow Holdings 401K Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05189;

34. The Regoleth Pension Plan, Bradley Crescenzo, Roger Lehman and Gavin Crescenzo in 1:18-cv-05190;

35. The Saba Capital LLC 401K Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05192;

36. The West River Pension Plan, Roger Lehman and Gavin Crescenzo in 1:18-cv-05193;

37. The Stark Pension Plan, Bradley Crescenzo, Roger Lehman and Gavin Crescenzo in 1:18-cv-05194;

38. The Petkov Partners Pension Plan, Roger Lehman and Svetlin Petkov in 1:18-cv-05299;

39. The Petkov Management LLC 401K Plan and Svetlin Petkov in 1:18-cv-05300;

40. The SVP 401K Plan, Roger Lehman and Svetlin Petkov in 1:18-cv-05305;

41. The Krabi Holdings LLC 401K Plan and Gavin Crescenzo in 1:18-cv-05307;

42. The SPKK LLC 401K Plan, Roger Lehman and Svetlin Petkov in 1:18-cv-05308;

43. The KASV Group Pension Plan, Roger Lehman and Svetlin Petkov in 1:18-cv-05309;

44. The 78 Yorktown Pension Plan and Roger Lehman in 1:18-cv-09565;

45. The Cambridge Town Line Pension Plan and Roger Lehman in 1:18-cv-09570;

46. The Diamond Scott Capital Pension Plan and Roger Lehman in 1:18-cv-09587;

47. The Hotel Fromance Pension Plan and Roger Lehman in 1:18-cv-09588;

48. The Mountain Air LLC 401K Plan and Roger Lehman in 1:18-cv-09589;

49. The SKSL LLC Pension Plan and Roger Lehman in 1:18-cv-09590;

50. The Snow Hill Pension Plan and Roger Lehman in 1:18-cv-09650;

51. The Westridge Ave LLC 401K Pension Plan and Roger Lehman in 1:18-cv-09665;

52. The Shapiro Blue Management LLC 401K Plan and Roger Lehman in 1:18-cv-09666;

53. The Balmoral Management LLC 401K Pension Plan and John LaChance in 1:18-cv-10067;

54. The Patrick Partners Conglomerate Pension Plan and Roger Lehman in 1:18-cv-09668;

55. CSCC Capital Pension Plan and Roger Lehman in 1:18-cv-09669;

56. The Cardinal Consulting Pension Plan and Matthew Tucci in 1:18-cv-10028;

57. The Egret Associates LLC 401K Plan and Matthew Tucci in 1:18-cv-10030;

58. The Crow Associates Pension Plan and Matthew Tucci in 1:18-cv-10031;

59. The Heron Advisors Pension Plan and Matthew Tucci in 1:18-cv-10032;

60. The Hoboken Advisors LLC 401K Plan and Matthew Tucci in 1:18-cv-10035;

61. The Jayfran Blue Pension Plan and Matthew Tucci in 1:18-cv-10036;

62. The JT Health Consulting LLC 401K Plan and Matthew Tucci in 1:18-cv-10039;

63. The Lakeview Advisors 401K Plan and Matthew Tucci in 1:18-cv-10049;

64. The Osprey Associates LLC 401K Plan and Matthew Tucci in 1:18-cv-10060;

65. The Sandpiper Pension Plan and Matthew Tucci in 1:18-cv-10061;

66. The Zen Training LLC 401(K) Plan and Matthew Tucci in 1:18-cv-10062;

67. The Everything Clean LLC 401K Plan and Matthew Tucci in 1:18-cv-10063;

68. The Jump Group LLC 401K Plan and Matthew Tucci in 1:18-cv-10064;

69. The Oaks Group Pension Plan and Matthew Tucci in 1:18-cv-10065;

70. The Wave Maven LLC 401K Plan and Matthew Tucci in 1:18-cv-10066;

71. The Beech Tree Partners 401K Plan and Matthew Tucci in 1:18-cv-10069;

72. The Blackbird 401K Plan and Matthew Tucci in 1:18-cv-10070;

73. The Chambers Property Management LLC 401K Plan and Matthew Tucci in 1:18-cv-10071;

74. FiftyEightSixty LLC Solo 401K Plan and Matthew Tucci in 1:18-cv-10073;

75. The Hawk Group Pension Plan and Matthew Tucci in 1:18-cv-10074;

76. The Hibiscus Partners LLC 401K Plan and Matthew Tucci in 1:18-cv-10076;

77. The Maple Advisors LLC 401K Plan and Matthew Tucci in 1:18-cv-10077;

78. OneZeroFive LLC Solo 401K Plan and Matthew Tucci in 1:18-cv-10080;

79. The Sea Bright Advisors LLC 401K Plan and Matthew Tucci in 1:18-cv-10082;

80. The TAG Realty Advisors 401K and Matthew Tucci in 1:18-cv-10083;

81. The Throckmorton Advisors 401K Plan and Matthew Tucci in 1:18-cv-10086;

82. The Dink 14 LLC 401K Plan and Vincent Natoli in 1:18-cv-10091;

83. JML Capital LLC 401K Plan, Roger Lehman and John LaChance in 1:18-cv-10092;

84. Natoli Management Pension Plan, Roger Lehman and Vincent Natoli in 1:18-cv-10093;

85. Nova Fonta Trading LLC 401K Plan, Roger Lehman and Vincent Natoli in 1:18-cv-10094;

86. The Skybax LLC 401K Plan and Bradley Crescenzo in 1:18-cv-10095;

87. The Robin Daniel Pension Plan and Matthew Tucci in 1:18-cv-10096;

88. The FWC Capital LLC Pension Plan and Roger Lehman in 1:18-cv-10098;

89. The RDL Consulting Group LLC Pension Plan and Roger Lehman in 1:18-cv-10099;

90. Blackrain Pegasus LLC Solo 401K Plan and Doston Bradley in 1:18-cv-10119;

91. GYOS 23 LLC Solo 401K Plan and Doston Bradley in 1:18-cv-10122;

92. The Oak Tree One 401K Plan and Doston Bradley in 1:18-cv-10123;

93. The Joanne E. Bradley Solo 401K Plan and Doston Bradley in 1:18-cv-10124;

94. Delgado Fox LLC Solo 401K Plan and Doston Bradley in 1:18-cv-10125;

95. Pegasus Fox 23 LLC Solo 401K Plan and Doston Bradley in 1:18-cv-10126;

96. The Valerius LLC Solo 401K Plan and Roger Lehman in 1:18-cv-10129;

97. The Sinclair Pension Plan and Roger Lehman in 1:18-cv-10133;

98. The Green Group Site Pension Plan and Roger Lehman in 1:18-cv-10134;

99. The Mueller Investments Pension Plan and Roger Lehman in 1:18-cv-10135; and

100. The Bella Consultants Pension Plan and Roger Lehman in 1:18-cv-10136.

**REQUEST IS HEREBY MADE** that the Clerk of the Court provide the undersigned attorneys with electronic notice of all papers and notices filed in this action to the electronic addresses set forth below.

Dated: New York, New York
       May 28, 2021

                                            **POULOS LOPICCOLO PC**

                                            s/ *Joseph LoPiccolo*
                                            Joseph LoPiccolo, Esq.
                                            John N. Poulos, Esq.
                                            Daniella DaCunzo Dalia, Esq.
                                            311 West 43rd Street
                                            11th Floor, Suite 124
                                            New York, New York 10036
                                            Tel: (732) 757-0165
                                            Fax: (732) 358-0180
                                            Email: lopiccolo@pllawfirm.com
                                                   poulos@pllawfirm.com
                                                   ddalia@pllawfirm.com